FILED

12/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0567

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0567

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JORY JERAE SONGER,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 12, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 11 2023